HONORABLE JAMES L. ROBART
HONORABLE THERESA L. FRICKE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HECTOR CODY ORTIZ, III

Plaintiff,

vs.

PIERCE COUNTY, et al.

Defendants.

No. 3:22-cv-05947-JLR-TLF

**STIPULATED MOTION TO AMEND CASE SCHEDULE**

The parties hereby stipulate and jointly move the Court to extend the current case schedule (Dkt # 60) as specified below, to afford the parties additional time for discovery. The parties agree that such an extension is necessary and supported by good cause.

The parties are continuing to work on written and document discovery, which efforts are and have been ongoing. The parties also anticipate depositions of a significant number of fact witnesses, starting with the Plaintiff being deposed on October 30. Plaintiff has also issued draft 30(b)(6) deposition notices to Defendants NaphCare, Inc. and Pierce County, and the parties will be conferring on the scope, designees, and timing of those depositions. Under the current case schedule, there is insufficient time for the parties to complete adequate fact discovery before the current December 2 expert disclosure deadline. Thus, it is necessary for the parties to have additional time.

Accordingly, the parties have conferred and agree that there is good cause pursuant to Fed. R. Civ. P. 16(b)(4) and LCR 16(b)(6) to adopt the following stipulated amended case schedule,

STIPULATED MOTION AND ORDER TO
AMEND CASE SCHEDULE        - 1 -
3:22-cv-05947-JLR-TLF

which allows further time to complete fact and expert discovery, and submit dispositive motions, as applicable.

| Date | Item |
|---|---|
| April 18, 2025 | Deadline for disclosure of expert testimony under FRCP 26(a)(2) |
| May 16, 2025 | Deadline for disclosure of rebuttal expert testimony under FRCP 26(a)(2) |
| July 18, 2025 | Deadline to Complete All Discovery |
| August 15, 2025 | Deadline to File Motions Related to Discovery |
| September 19, 2025 | Deadline to File Dispositive Motions |
| October 17, 2025 | Deadline to Meet and Confer Regarding Scheduling of Settlement Conference or Mediation |

The parties jointly and respectfully request that the Court adopt the parties' agreed amended case schedule, and enter the proposed Order attached hereto. This stipulated motion is without waiver of all parties' rights to seek any further extensions or relief of any kind.

STIPULATED AND RESPECTFULLY SUBMITTED ON this 24th day of October, 2024

DORSEY & WHITNEY LLP

/s/ Benjamin Greenberg
Shawn Larsen-Bright, WSBA #37066
larsen.bright.shawn@dorsey.com
Benjamin Greenberg, WSBA #44120
greenberg.ben@dorsey.com
Connor J. Hansen, WSBA #55587
hansen.connor@dorsey.com
Emily Yoshiwara, WSBA 54648
yoshiwara.emily@dorsey.com
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
(206) 903-8800

*Attorneys for Plaintiff*

PIERCE COUNTY

/s/ Jennifer D. Loynd, per email auth.
Jennifer D. Loynd, WSBA #33129
jennifer.loynd@piercecountywa.gov Deputy Prosecuting Attorney / Civil
930 Tacoma Avenue South, Suite 946
Tacoma, WA 98402-2102
(253) 798-7400

*Attorneys for Pierce County, Patti Jackson-Kidder, Gayle Pero, and Miguel Balderrama, MD*

1
2  FOX BALLARD PLLC

3  */s/ Hannah Cheney, per email authorization*
   Jonathan D. Ballard, WSBA #48870
4  jonathan@foxballard.com
   Ross C. Taylor, WSBA #48111
5  ross@foxballard.com
   Hannah Cheney, WSBA # 61256
6  hannah@foxballard.com
   Fox Ballard PLLC
7  1325 Fourth Avenue , Suite 1500
   Seattle, WA 98101
8  (206) 800-2727
9
10 *Attorneys for Attorneys for Defendants Maria Ordonez, DDS and Jonathan*
11 *Slothower, HAS, RN and NaphCare, Inc.*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATED MOTION AND ORDER TO
AMEND CASE SCHEDULE            - 3 -
3:22-cv-05947-JLR-TLF

**ORDER**

Based upon the foregoing Stipulation and for good cause shown, IT IS HEREBY ORDERED that the following case schedule is adopted from the date of this Order.

| Date | Item |
| --- | --- |
| April 18, 2025 | Deadline for disclosure of expert testimony under FRCP 26(a)(2) |
| May 16, 2025 | Deadline for disclosure of rebuttal expert testimony under FRCP 26(a)(2) |
| July 18, 2025 | Deadline to Complete All Discovery |
| August 15, 2025 | Deadline to File Motions Related to Discovery |
| September 19, 2025 | Deadline to File Dispositive Motions |
| October 17, 2025 | Deadline to Meet and Confer Regarding Scheduling of Settlement Conference or Mediation |

ORDERED this 28th day of October, 2024.

_____
HONORABLE THERESA L. FRICKE
United States Magistrate Judge