UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HECTOR CODY ORTIZ, III,<br><br>            Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY, *et al.*,<br><br>            Defendants. | Case No. 22-5947-JLR-TLF<br><br>NOTICE OF JUDICIAL REQUEST |

This case has been referred for a settlement conference before the Honorable Michelle L. Peterson, United States Magistrate Judge. (Dkt. # 79.) Accordingly, the Court has scheduled a Settlement Conference in this action for April 21, 2025, from 9:30 a.m. to 4:00 p.m. (Dkt. # 80.)

To ensure that Plaintiff can properly participate in the Settlement Conference, the Court requests that the facility where Plaintiff is confined facilitate his participation via non-collect and unmonitored telephone call, videoconferencing technology, or any other reasonable method in line with the facility's requirements. The parties are instructed to coordinate with the appropriate authorities at the facility where Plaintiff is confined to ensure that he has access to the Settlement Conference, and to inform the Court of these arrangements in the confidential letters submitted prior to the Settlement Conference.

The Clerk is directed to send courtesy copies of this letter to the Pierce County Prosecuting Attorney's Office, the Washington State Attorney General's Corrections Division, the Washington Corrections Center, and the Washington State Department of Corrections Headquarters.

Dated this 14th day of March, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge