UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| HECTOR CODY ORTIZ, III<br><br>Plaintiff,<br><br>v.<br><br>PIERCE COUNTY, et al.<br><br>Defendants. | No. 3:22-cv-05947-JLR-TLF<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND PRETRIAL DEADLINES |

The Court has considered all materials submitted in support of the Stipulated Motion to Extend Pretrial Deadlines (Dkt. 82) and finds that agreeable in the matter of law. Therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED** that the Stipulated Motion to Extend Pretrial Deadlines by approximately 130 days is hereby GRANTED. The following pretrial dates are adjusted, as indicated below:

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Deadline for disclosure of expert testimony under FRCP 26(a)(2) | April 18, 2025 | August 29, 2025 |
| Deadline for disclosure of rebuttal expert testimony under FRCP 26(a)(2) | May 16, 2025 | September 26, 2025 |
| Deadline to Complete All Discovery | July 18, 2025 | November 28, 2025 |

ORDER GRANTING STIPULATED MOTION TO
EXTEND PRETRIAL DEADLINES - 1

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Deadline to File Motions Related to Discovery | August 15, 2025 | December 26, 2025 |
| Deadline to File Dispositive Motions | September 19, 2025 | January 30, 2026 |

DATED this 21st day of April, 2025.

*Theresa L. Fricke*

THERESA L. FRICKE

ORDER GRANTING STIPULATED MOTION TO
EXTEND PRETRIAL DEADLINES - 2